HC-001

Name: THEODORE SHOVE

Address: #G-11092, 2-EB-83

SAN QUENTIN STATE PRISON

SAN QUENTIN, CA., 94974

RECEIVED
Mail Room

FEB - 1 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

CDC or ID Number: #G-11092

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

*(Court)*

THEODORE SHOVE, et al.,

Petitioner

vs.

STATE OF CALIFORNIA, et al.,

Respondent

Case: 1:22-cv-00288
Assigned To : Unassigned
Assign. Date : 2/1/2022
Description: Habeas/2255 (G-DECK)

"IN CUSTODY IN VIOLATION OF CONSTITUTION,
STATUTE LAW, AND TREATIES",
"REVIEW ORDER RELATED TO PETITIONER". Exh. 19

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original of the petition and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2018). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

rm Approved for Optional Use
cial Council of California
01 [Rev. January 1, 2019]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courts.ca.gov

HC-001

**This petition concerns:**

☒ A conviction        ☐ Parole

☒ A sentence        ☐ Credits

☐ Jail or prison conditions        ☐ Prison discipline

☐ Other *(specify):* __In custody in violation of constitution, statute law, and treaty__

1. Your name: __Theodore Shove__

2. Where are you incarcerated? __San Quentin State Prison, San Quentin, CA., 94974__

3. Why are you in custody? ☒ Criminal conviction    ☐ Civil commitment

   *Answer items a through i to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   b. Penal or other code sections: _____

   c. Name and location of sentencing or committing court: _____

   d. Case number: _____

   e. Date convicted or committed: __10-05-2007__

   f. Date sentenced: __03-13-2008__

   g. Length of sentence: __Death__

   h. When do you expect to be released? _____

   i. Were you represented by counsel in the trial court? ☒ Yes ☐ No    *If yes, state the attorney's name and address:* __ALEX KESSEL, Los Angeles., CA.__

4. What was the LAST plea you entered? *(Check one):*

   ☒ Not guilty ☐ Guilty ☐ Nolo contendere ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   ☒ Jury ☐ Judge without a jury ☐ Submitted on transcript ☐ Awaiting trial

HC-001

6. **GROUNDS FOR RELIEF**
**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "The trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page 4. For additional grounds, make copies of page 4 and number the additional grounds in order.)*

> SEE attached Issues 1, 2, 3, Conclusions, Relief

a. Supporting facts:
   Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at what time *(when)* or place *(where).*

> SEE attached Issues 1, 2, 3, Conclusions, Relief

b. Supporting documents:
   Attach declarations, relevant records, transcripts, or other documents supporting your claim. (See *People v. Duvall* (1995) 9 Cal. 4th 464, 474.)

> SEE attached Issues Exhibits, state documents

c. Supporting cases, rules, or other authority *(optional)*:
   (Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

> SEE attached Copy Cal. penal code
>      constitution incorporated in writ

## Statement of Case

Double homicide   September 17 thru 19, 2001  BURT and ANN SOUTHERS

First search warrant ................   10-29-2001

Second search warrant ...............   04-23-2025  ←

Task force put into cold case ........  08-2004

Cold case seeks warrant on ...........  09-15-2004

Arrest warrant executed .............   10-05-2004

Alleged charges   Count 1 ...........   459 P.C. fel

   "          Count 2 ...........   495 (A) P.C. fel

   "          Count 3 ...........   523 P.C. fel

   "          Count 4 ...........   523 P.C. fel

   "          Count 5 ...........   523 P.C. fel

   "          Count 6 ...........   187 (A) P.C. fel

   "          Count 7 ...........   187 (A) P.C. fel

Clear admission petitioner did not actually participate in any charges of murder
 but conspiracy.

Search warrant .......................  10-05-2004

Search Warrant .......................  10-12-2004

First attempted return on ...........   10-20-2004   After motion to Unseal on 10-20-2004
   [ 2001-03071 ]

First attempted search warrant return   10-21-2004   After motion to unseal
   [ 2002-01012 ]

Trial ................................  September 2007

Sentencing ...........................  March 13, 2008

Filed habeas corpus ..................  06-04-2008

Appointment of appeal counsel only ...  01-08-2013

### Issue One

"Petitioner is in custody in 'violation of constitution,

statute law and treaty."

The California penal code §1523: Definition of search warrant. A search

warrant is an order in writing, in the name of the people, signed by a magistrate,

directed to a peace officer, commanding him or her to search for a person or

persons, a thing or things, or personal property and in the case of a thing, or

things or personal property, bring the same before magistrate, forthwith.

Cal. P.C. §1503: Clerk to issue writ, warrants, process or subpoenas; seal,

time for service and return; All writs, warrants, process be issued by the clerk

of the court, and except subpoenas, must be sealed with court seal of such court,

and served and returned forthwith, unless court or judge shall specify a

particular time for such return.

Cal. P.C. §1504: Writ or process; return, bearing and determinations at

county seat; all such writs and process, when made returnable before judge, must

be returned before him at county seat, and there heard and determined.

This case started with a search warrant signed on 10-29-01 executed on

10-29-01. SEE "Attached 1, search warrant" SEE Attached A Cal. P.C. §1529 form of

court order for search warrant". This court order violated Nov. 07, 2001 no return

as court ordered. The prosecution was noticed and choose to wait until 10-20-04

to file motion to unseal. Attached 2 motion to unseal. In this motion under

penalty of perjury Detective Muse sworn upon oath testified prosecution wanted

court order to unseal the search warrant, affidavits, and returns. Now we review

next motion to "file a return" on search warrant issued on 10-29-01 and date of

filing return on 10-20-04. <SEE Attached 3, (2001-070371)>

Second court ordered search warrant on 04-23-02 and executed on 04-25-02.

"SEE Attached 4 search warrant". On 04-25-02 Los Angeles County Sheriff Dept.,
30 armed officers called to residence and demanded all out in 60 seconds or they
will shoot. Sheriff's came in and removed three truck loads of property, all
while isolating all residence where they could not view any property removed.

Petitioner retained Counsel Hurman to obtain return of all property and
business records, <Cal. P.C. §1536.5>. The Superior Court of Pomona, reviewed
files and called Sheriff's Dept., as to alleged search warrant. A legal notice
was issued on 07-25-02 all search warrants rejected NO returns filed.
<SEE Attached 5> <Cal. P.C. §1541> The property was never returned to court or
petitioner. <Cal. P.C. §1534> "Issuance, executed and return all within ten days
or no registrar, court filed, certified court records and search warrants
terminated by issuing court".

This alleged search warrant on 04-23-02, executed 04-25-02, and motion to
unseal dated 10-20-04 <SEE Attached 6>. "Detective Muse sworn upon oath attests
under penalty of perjury to have the issuing court unseal search warrant of 04-23-
2002 and return to issuing court." Now we review <Attached 7> we review Detective
Muse sworn upon oath and under penalty of perjury, "detective by whom this warrant
was executed do swear that the above inventory contains a true detailed account of
all property taken by me under the warrant on April 25, 2002. This under penalty
of perjury the return dated 10-21-2004." <2002-01012>

Cal. P.C. §1541; The magistrate must annex the affidavit, or affidavits,
the search warrant and return, and the inventory, and if he has not power to
inquire into the offense in respect to which the warrant was issued, he must
at once file such warrant and return and such affidavit, or affidavits, and
inventory with the clerk of the court having power to so inquire.

Cal. P.C. §1541(1); Generally; The action of a superior Judge, acting
as a magistrate, in issuing a search warrant cannot be reviewed on certiorari.

2.

After he has returned to the proper Superior Court all papers and proceedings filed with or had before him in the matter of the search warrant, and when no proceeding in such matter is pending before him. Quan Chick v. Coffey (Cal. Mar. 27, 1888), 75 Cal. 371, 17 P. 427, 1888 Cal. LEXIS 551.

Cal. P.C. §1541(2); Pen. C §1541 did not require that only the original arrest warrant, application, affidavits and return were documents of a public entity within the meaning of former Ev. C. Pen C §1506, and a certified copy of such documents was proper to show the contents of the warrant affidavit and attachments.  People v. Jordan (Cal. App. 4th Dist. May 11, 1984), 155 Cal. App. 3d 769, 203 Cal. Rptr. 172, 1984 Cal. App. LEXIS 2029.

Cal. P.C. §1541(3); Applicability; In the absence of a motion to transfer to another municipal court district. the municipal court issuing a search warrant has the power to inquire into the offense within the meaning of Pen. C. §1541, which requires a magistrate without the power to inquire into the offense to file the search warrant and return with the clerk of the court having power to so inquire. People v. Emanual (Cal. App. 2d Dist. Dec. 11, 1978), 87 Cal. App. 3d 205, 151 Cal. Rptr. 44, 1978 Cal. App. LEXIS 2174.

Cal. P.C. §1541(4); Record; Allowing an affiant police officer to retain a portion of the original search warrant affidavit deprived defendant of an adequate appellate record and violated his right to due process of law.  The trial court's failure to maintain a record adequate for appellate review violated state and federal constitutional provisions, state statutory provisions governing search warrants, and state statutory provisions governing the retention and destruction of court documents. People v. Galland (Cal. App. 4th Dist. Dec. 28, 2006), 146 Cal. App. 4th 277, 52 Cal. Rptr. 3d 799, 2006 Cal. App. LEXIS 2063, review granted, depublished, (Cal. Apr. 18, 2007),

3.

57 Cal. Rptr. 3d 542, 156 P. 3d. 1015, 2007 Cal. LEXIS 4014, rev'd, (Cal. Dec. 29, 2008), 45 Cal. 4th 354, 86 Cal. Rptr 3d 841, 197 P. 3d. 736, 2006 Cal. LEXIS 14604.

Now review motions sworn to under oath of perjury. One's to unseal documents never filed! Then returns after words clearly certifies criminal violations of Title 18 United States Criminal Code §1623. False declarations before grand jury or court. <Attached Cal. P.C. §1529, §1534, §1536.5, §1537, §1538.5, §1541(1)(2) (3)(4). No court registrar or filed search warrants before superior court. No valid authenticated evidence to present to a jury. Yet municipal court, superior trial court allowed alleged evidence only because prosecution attested it was obtained by legal certified search warrant. Judges in municipal court never check or attempted to validate. Superior court judge on motion to suppress denied suppression and later attested court never reviewed search warrants or returns, and "admitted NO search warrants file to courts".

"Fruit of poisonous tree doctrine" U.S. Constitutional Amend. IV; California Constitution Article 1 §13; U.S. Constitution Amendment XIV.

Take legal notice that the case was assigned to original task force in 2001 and put into cold case in 2004. Cold case Detective Davis who "provided" the "two original search warrants" on 09-29-14 <SEE Attached 8, Declaration; By lead homicide Detective Davis "retired" clarifying state deputy attorney general noticed all search warrants, arrest warrants missing from law enforcement files, Los Angeles County attorney files, also court files. However seems they were never filed to and superior court as issuing court terminated for violation of court issued order by Los Angeles Sheriff's Detective Muse.>

Detective Stephen Davis attested as a 20 year homicide detective he was not able to determine if valid or not. Yet this was the entire evidence against petitioner and foundation for prosecution. We now review Pitchess hearing Attached

4.

9 noticing the trial court judge of threats on life of confidential informant who
worked with original task force for years. The foundation for criminal threats was
related to false documents. SEE Attached 10 transcripts noticing trial court yet
again as to criminal threats.

Review Attached 8 Declaration returning to the superior court after records
correction hearings, but part of declaration 2 marked original search warrants,
affidavit, motion to unseal, and returns. 1: 2001-030701 dated 10-29-01, 2: 2002-
01012 dated 04-23-02 with "search warrant, affidavit, motion to unseal, and alleged
return". No court stamp, No filing date. Discovery provided by "Retired Detective
Davis" lead cold case investigator on 09-29-14. Only top page of arrest warrant on
file , not stamped, no court date recorded either. SEE Attached 13 Arrest warrant
declaration "295 pages missing" according to Detective Davis declaration.

Judicial Notice; Petitioner discovered retain defense counsel and trial
judge worked together as county attorneys "prosecution for twenty years".
This also produced a solicitation of bribe to petitioner reported prior to
trial to California Commission on Judicial Performance. "SEE Attached 11;
Verified filing of complaint".

The evidence alone with constitutional, statutory laws, and treaties made
thereof. Clearly establish a prima facie case establishing violations of conspir-
acy to violate U.S. Constitutional guaranteed rights of petitioner, by those acting
under color of law. Title 18 U.S.C. §241, §242 to force involuntary servitude
under cruel and unusual punishments.

Issue Two

"The California ~~Superior~~ Supreme Court has created there own "Star Chamber"
violating U.S. Constitution, statute law, treaties made thereof, as well
as State of California constitution, statute law, adopted rules of court
pursuant Cal. Const. Art. VI §6. Violating the United States Const-

5.

itution of which through treaty establishes and provides authority to California constitution to vest in three branches of government".

This issue by evidence, state's own documents, actions, and alleged rulings. Clearly and concisely establish criminal intent to force involuntary servitude under cruel and unusual punishment, to United States citizens. This by deliberately violating United States constitutional guaranteed rights to U.S. citizens by criminal acts, actions of State of California government agents all while acting under color of authority. <18 U.S.C.A. §241, §242.>

These are undisputable facts, supported with evidence, court letters and confessions in form court order citations clarifying criminal intention.

The constitution certifies no appellate review except   by complete, preserved, accurate records. Also courts have created foundational outline as to the demands to certify a trial court record. <Cal. rules of court, Rule 8.610 through 8.619> also State of California by <Constitution Art. VI §1. "All except justice courts are courts of record.">  The California penal code has created mandatory records, filed to superior court to qualify to legitimize appellant review. <SEE Cal. P.C. §1502, §1503, §1504, §1505, §1534, §1541>.  Quoting Cal. P.C. §1541(4); Allowing and affiant police officer to retain a portion of the

original search warrant, affidavit deprived defendant of an adequate record and violated his due process of law.  The trial court's failure to maintain a record adequate for appellate review violated state and federal constitutional provisions, state statutory provisions governing search warrants, and state statutory provisions governing the retention and destruction of court documents. People v. Galland, (Cal. App. 4th Dist. Dec. 28, 2006), 146 Cal. App. 4th 277, 52 Cal. Rptr. 3d 799, 2006 Cal. App. LEXIS 2363, review granted, depublished, <Cal. Apr. 18, 2007>, 57 Cal. Rptr. 3d 542, 156 P. 3d 1015, 2007 <Cal. P.C. attached>

6.

LEXIS 4015, rev'd (Cal. Dec. 29, 2008) 45 Cal. 4th 354, 86 Cal. Rptr. 3d

841, 197 P. 3d 736, 2008 Cal. LEXIS 14604.

Now California Supreme Court created <u>Star Chamber</u> to directly support State

of California Executive Branch in creating and affirming illegal judgements of

death. <Also other crimes under <u>Policy 2-3</u>> This set of policies are created,

adopted and enforced by California Supreme Court themselves in direct violation of

<u>Calif. Const. Art. VI §6</u>, prohibiting all rule making authority to all accept

judicial council and only by approved process and procedure.

Supreme Court <u>Policies 2-3</u>, <u>Policy 2</u>, Restricting any change of counsel, by

appointed counsel and defendants as <u>Policy 2-3, 3</u> restricts all rights to partic-

ipate in his own defense. All the while providing appointed counsel to go back

to trial court and <u>alter</u>, <u>conceal</u>, and <u>destroy</u> legitimate trial court records.

This by use of record corrections hearings, without the defendant, trial counsel,

county attorney, state attorney general with appointed defense counsel act to

violate state and U.S. laws. Most importantly the United States treaty, created

thereof, U.S. Constitution and treaty ratified by U.S. Congress. It's only through

this treaty that vested authority is provided to California constitution.

Petitioner will provide "<u>five other cases</u>" of which certify all the

allegations of this complaint. Also utilizing petitioner for the basic foundation,

to present issues at bar as its well documented. <u>Attached 12</u>

In review of Issue One of this complaint it's undisputable that NO valid

search warrants exist in records. No validation as no registrar, filed search

warrants. No arrest warrants of which Detective <u>Davis</u> attested, by declaration

<u>295 pages of</u> missing affidavits, evidence qualified arrest warrants with probable

cause. Yet 295 pages is missing from ALL records, and with no legal search

warrants declarations are based upon perjury pursuant <u>18 U.S.C.A. §1623</u>

<Attached 12> "top sheet arrest warrant". <u>Attached 13</u>

Now records corrections transcripts, review records corrections "transcripts of 12-13-13, 02-25-14, 06-10-14 <Pages 2, 3, 4>"; Page 2, line 27; Attorney Scheidel. I had a case worker go to Pomona, and the search warrant books are existing in the new Pomona (page 3) Courthouse, and she looked through the books from the relevant dates, it is listed by judge and date and address, and she couldn't find the search warrants that had been registrar there, much less in a return filed".

Now defense attorney's appointed pursuant Policy 3 of California Supreme Court illegal policies create a resolution to violate state and federal constitution, statutory laws, treaties, and Calif. rules of court adopted by Judicial Council. 8.610 thru 8.619.

Reviewing records correction hearings, on 07-29-2014 transcript, page 14, line 11; Appointed defense counsel Scheidel; I would like suggest --- and also, I have the chart to prefer and the subpoena to put it in.

And in order to --- I would like to suggest that in order to --- to not have the need for another hearing, that whatever Detective Davis --- whatever the result is with your conversations with the detective, that if you made it into a declar- ation that can be included in the record and that it be provided to the death penalty appeals clerk's transcripts on appeal, set it for thirty days out from the time that we receive the last supplemental clerk's transcripts, give the parties thirty days to review the record, and if there is no objection certify the record without another appearance.

Court ordered declaration within sixty days. <All four records corrections hearings on file with court.> This resulted by court order that Detective Stephen Davis sworn upon oath created declaration. <Attached 8> Also attesting no knowledge if legal or not, but he then produced "two search warrants 2001-03071, 2002-01012" affidavits, motion to unseal and attempted filing of return on 10-21-

8.

2004, approximately 2.75 years after execution. By review illegal and not regist-
rar, not filed, no court stamp, and stored at detective's home.

However based upon this same declaration California Supreme Court illegally
certified both trial court record, and appellate record on a complete trial
process presenting illegal evidence to jury. This in direct violation of const-
itution, statute, rules of court and treaties both state and federal, and treaties.

The California Supreme Court refused to file a conflict of interest, or
Marsden motions to change counsel. Now if we review a superior court sentencing
court, state court of appeals. They state they cannot over rule jurisdiction of
California Supreme Court. However created a order that these issues should be
presented on direct appeal or as soon as counsel or defendant knew of issues.

<Attached 14>

"The California Supreme Court reemphasized in Robbins, that "it is the appeal
that provides the basic and primary means for raising challenge to the fairness of
the trial". Robbins, 18 Cal. 4th. 777; Habeas corpus on the other hand, is
"extraordinary remedy" available for matters that undermine the "validity of judge-
ment", and "legality of defendants confinement" or "sentence", but which are not
apparent from court's records on appeal. In Re Harris, 5 Cal. 4th. at 825.
"In California", a petition for habeas corpus "should be filed as promptly as the
circumstance of case allow". In Re Stankenwitz, 40 Cal. 3d at 96; "Substantial
delay is measured" "from the time petitioner or counsel 'knew or should have known"
of the information offered "in direct support of the claims" and "legal basic for
claims". These are California Supreme Court own legal analysis to issue at bar.

California Supreme Court to protect there appointment to state's highest court
illegally created California Supreme Court Policies 2-3. This in direct prohibited
authority by California Const. Art. VI §6. As we review California Supreme Court
has for State of California over ruled United States Constitution, Statutory laws,

9.

treaties made thereof and state and federal rules of court <SEE Attached 14>

"Supreme Court Policies Regarding Cases Arising From Judgement of Death."

"Adopted by the supreme court, effective June 6, 1984."

The protection to assisting appointed defense counsel pursuant Policy 2-3, quoting Policy 2; In the absence of exceptional circumstances --- for example, when an appointed counsel becomes mentally or physically incapacitated --- the court will consider a motion to withdraw as attorney of record only if appropriate replacement counsel is ready and willing to accept appointment for the balance of the representation for which the withdrawing attorney has been appointed. (i.e., appellate representation, habeas corpus executive clemency representation, or both).

This certifying defendants cannot raise issues of Conflict of Interest or Marsden hearing. Now quoting In Re Barnett, 31 Cal. 4th 466; "Notably, however, there is no right -- constitutional, statutory, or otherwise -- to self-represent- ation in a criminal appeal in California. People v. Stanworth (1969) 71 Cal. 2d. 820, 834-835 (80 Cal. Rptr. 49, 453 P. 2d. 854) <No right to dismiss counsel in capital appeal.> In particular, neither the Sixth Amendment nor the Due Process Clause of the Fourteenth Amendment to the federal constitution furnishes a basis for funding such a right. Martinez, supra, 528 U.S. at p.p. 160-1831. As the United States Supreme Court recently explained, the sole constitutional right to self-representation derives from the Sixth Amendment, which pertains strictly to the basic right that an accused enjoys in defending against a criminal prosecution and does not extend beyond point of conviction. Emphasizing that the change in one's position from "defendant", to "appellant" is a significant one, the high court found that the balance between a criminal defendant's interests in acting as his or her own lawyer and state's interest in ensuring the fail and effective administration of justice "surly tips in favor of the state once the defendant is

no longer presumed innocent but found guilty beyond an reasonable doubt.
Consequently, the court concluded, states may exercise broad discreation when
considering what representation to allow and may require an indigent inmate "to
accept against his will a state -- appointed attorney" for representation on a
direct appeal without violating the federal constitution, consequently.

The State of California Supreme Court now removed the defendant from his own
defense. Also blocking and denying the U.S. Constitutional guaranteed rights, and
safe guards against involuntary servitude U.S. Amendment XIII, and forcing
defendant into cruel and unusual punishments. Clearly review of evidence in
petitioner's case and five additional cases establish a complete violation to
legislative approved legal process and procedure. Now if we review Policies 2-3,
3 1-1 <Attached 15 > Appellate counsel in a capital case "Shall take and maintain
        detailed, understandable and computerized transcript notes and shall
        compile and maintain a detailed list of potentially meritorious habeas
        issues that have come to appellate counsel's attention. In addition if
        appellate counsel's appointment does not include habeas corpus represent-
        ation, until separate counsel is appointed for that purpose appellate
        counsel if that evidence appears relevant to a potential habeas corpus
        investigation. If separate "post-conviction" habeas corpus executive
        clemency counsel (hereafter "habeas counsel") is appointed appellate
        counsel shall deliver to habeas corpus counsel copies of list of and any
        preserved evidence relevant to potential habeas corpus investigation, and
        thereafter shall update the issues list and transcripts notes as
        warranted."

California Supreme Court Star Chamber has now certified suspension of issues
to both direct appeal and habeas corpus. No update of the list is required as
as failure to raise, present to California Supreme Court creates a Dixon default,

procedurally bar untimeliness violation. "The U.S. Constitution issues mandatory rights to protect against false imprisonment, involuntary servitude to prevent these very criminal violations. The <u>Star Chamber</u> created this to force defaults on all defendants. This to conceal, destroy and alter a crimes committed during the prosecution to obtain illegal judgement. So very clearly not legally found guilty as the jury was denied all facts, criminal acts, of which establish or diminish creditability of prosecution. All of which the California Supreme Court promotes all for financial gains. <u>All legal facts invoke fruit of poisonous tree doctrine</u>!

All state and U.S. Judicial Members pledge   , oath to obtain vested authority; to any U.S. Jurist pledging oath pursuant to <u>28 U.S.C. §453</u>; Each justice or judge of the United States <u>shall</u> take the following oath or affirmation "before

> performing the duties of his office; I _____ so solemnly sware "<u>or affirm</u>" that I will "<u>administer justice without respect to persons</u>", and do "<u>equal rights</u>" to the poor and the rich, and "<u>that I will faithfully and impartially discharge and perform all duties</u>" "<u>incumbent upon me as Judge</u>" "<u>under the United States Constitution and laws</u>" of the "<u>United States</u>". So help me "God!"

The U.S. Courts are barred from going behind the records absent of objections. As contract of appointment counsel they are prohibited from raising, as part of appointment of defense counsel. They participate by criminal acts of alteration, concealing, and destruction of both trial court records, and appellate defense record, that by law are to be preserved by court of records, superior court. All them certified by California Supreme Court as to trial and appellate records in violation of U.S. and state constitution, statutory law, treaties, and California rules of court, <u>Rule 8.610 thru 8.619</u>. This forcing a direct appeal on a Non-

Appealable judgement, illegal judgement not appealable, until records alteration to create a false record to conceal criminal violation of law by prosecution. "Star Chamber"! SEE Attached F-1 thru F-4 "Concealing NO Search or arrest warrants legally registrar, filed, but lots of personal, business property removed out 17 computers 2.7 years after illegally removed before, alleging on computer as evidence. Yet no returned filed to issuing court by task force, only cold case attempted detective after arrest on 10-05-04 and only attempted return on 10-21-04, the issuing court rejected for criminal violations constitution, statute law, rules of court. Prohibiting any foundation to obtain judgement on evidence from fruit of the poisonous tree. Still refuse to return property not legally seized or claimed as evidence in five alleged search warrants. Armed robbery by law.

Second half of illegal outlawed Star Chamber by those who swore a oath pursuant 28 U.S.C. §453, constitution in question. United States Constitution, Statutory laws, Treaties ratified by U.S. Congress. Calif. Const. Art. III §6:

> "The State of California is an inseparable part of United States of
> America, and United States Constitution is the Supreme Law of Land."

Cal. Const. Art. I §26; "The provisions of this constitution are mandatory
> and prohibitory, unless by express word they are declared to be
> otherwise".

Cal. Const. Art. I §11; "Habeas corpus may 'not be suspended' unless required
> by public safety in cases of rebellion or invasion".

Cal. Const. Art. I §13; "The rights of the people to be secure in their
> persons, houses, papers, and effects against unreasonable seizures and
> searches may not be violated; and warrant may not be issued except on
> probable cause, supported by oath or affirmation, particularly
> describing the place to be searched and the persons or thing to be

13.

seized".

Cal. Const. Art. I §18;  Treason against the state consists only in levying
war against it, adhering to its enemies, or giving them aid or comfort
A person may not be convicted of treason except on the evidence of two
witnesses to the same overt act or by confession in open court.

Cal. Const. Art. I §24; "Rights guaranteed by this constitution are not
dependant on those guaranteed by the United States constitution.  This
declaration or rights may not be construed to impair or deny other
retained by the people".

Cal. Const. Art. I §7; A person may not be deprived of life, liberty, or
property without due process of law or denied equal protection of law:
providing, that nothing contained herein or elsewhere in this consti-
tution impose upon the State of California or any public entity, board
or official any obligations or responsibilities which exceed those
imposed by the equal protection clause of the 14th Amendment to United
States constitution.

Cal. Const. Art. V §1; "The supreme executive powers of this state is vested
in the governor.  The governor shall see that the law is faithfully
executed".

Cal. Const. Art. V §13; "Attorney general chief law officer"; "Subject to the
powers and duties of the governor, the "attorney general shall be chief
law officer of state.  It shall be the duty of the attorney general
to see that the laws of the state are uniformly and adequately enforced.
The attorney general shall have direct supervision over every district
attorney to see laws of the state and sheriff and over such other law
enforcement officers as may be, designated by law, in all matters
pertaining to the duties of there respective officers, and may require

14.

any of said officers to make reports concerning the investigation, detention, prosecution and punishment of crime in there respective jurisdiction as to the attorney general may seem advisable.  Whenever in the opinion of attorney general any laws of the state is not adequately being enforced in any county, it shall be duty of the attorney general to prosecute an violations of law of which the superior court shall have jurisdiction.

Now we review filed habeas corpus three filed pursuant to Calif. P.C. §1473 thru §1509(a).  1: Case No.: S-164093 filed 06-04-08 suspended until dismissal on Feb. 20. 2013.  No initial review as Cal. rules of court governing habeas corpus rules, no discovery to allow investigation.  This is clearly described as suspension of habeas corpus, as it was filed as challenge to illegal judgement, illegal sentence.  This was based upon criminal violations by law enforcement and prosecution.  Further violations by Calif. rule of court prohibit a complete, accurate, preserved trial court or record, this by constitutional mandate to superior court of records.  2: Habeas challenge to California Supreme Courts deliberate suspension.  Filed May 16, 2011.  Once again no initial review order, refusal to address and filed motion on a legally filed habeas corpus challenge related to U.S. citizen in custody in violation constitution, statute law, Case No. S-193252 denied years later on Feb. 20, 2016.  It should be clearly established petitioner filed pro se, and court refused to appoint counsel, as well as provide hearing to proceed in pro se status on filed habeas corpus.  3: Habeas corpus "filed" April 18, 2016, same issues as in the issue One and Two.  Clarifying no registrar search warrants, no court stamped search warrants, no filed search warrants.  No arrest warrant with missing 295 pages of which provide probable cause to arrest.  No validation hearing prior to qualify alleged evidence at preliminary

15.

hearing or grand jury.  Trial court alleged to have provide a suppression hearing of which she denied!  Attesting no filed or registered search warrants.  Judge attempted to explain these file in Pomona Court, "issuing court".  <Attached 16>

Records transcripts clearly establish as appointed counsel sent investigator to Pomona Court who checked court records with clerk, no registrar, no filed search or arrest warrants.  Yet this alleged evidence was foundation to prosecution presenting to jury to obtain a judgement of death.  Only three sources to said evidence an alleged letter.  [1] Creator of letter, [2] Mailed to two top suspects who hired investigator to plant, scan evidence to lead investigation away from them and prevent delays in Probate Court.  As they stood to inherit millions of dollars from parents.  [3] Sheriffs dept., one and same creating all false perjured declaration, and attesting to court all was true and legal.  Facts, case authority, law terminate this prosecution 2.7 years prior to arrest.  As Los Angeles County Sheriffs committed armed robbery.  Based upon issuing order to seize property, records, valuables electronics and keeping all seized never returning to court forthwith as issuing order demanded.  Experts claim letter never created on computer, but scanned in at later time.  Due to delays not possible to determine, due to delays in reviewing.  Otherwise the who, and when may have been legally determined.  This accomplished by violation of court issuing order -- <Attached 15 Habeas docket sheets, California rules of court, Rule 8.610 thru 8.619, and Cal. P.C. §1473 thru §1509(a)>.  Attached 17, 17-1, 17-2, 18, Rule 8.610

Now we review the court analysis of the value, intention, and demands of our constitutional prohibitory and mandatory demands on our Judges.  Harris v. Nelson; quoting, 354 U.S. 286, (9th cir.)

> "The writ of habeas corpus is the fundamental instrument for safe-
> guarding individual freedoms against "arbitrary" and "lawless state

actions". It's "permanent role" is recognized by "admonition" in the
constitution that writ of "habeas corpus shall not be suspended"
U.S. Const. Art. I §9.c-2. The scope of flexibility of the writs and its
capacity to reach all matters of illegal detection - it's capacity to
reach all matter of illegal judgement -- its ability to cut through
"barriers" or "form" and "procedural maze" --- has always be "emphasized"
and "jealously guarded" by courts and all lawmakers. The very nature of
the writ "demands", that it be "administrated" with "initiative" and
"flexibility" essential to "insure that miscarriage of justice", "within
its reach are surfaced" and "corrected".

In quoting In Re; Barnett 31 Cal. 4th 466;

[****16] [**1112] With this overview in mind, we now assess whether and to
what extent similar restrictions should apply to pro se submissions by represented
inmate in capital habeas corpus proceedings before this court.

The federal Constitution guarantees that habeas corpus shall not be suspended,
except as necessary for public safety during a rebellion or invasion. (U.S. Const.,
art. I §9, cl. 2.) Notwithstanding the fact that the concept of habeas corpus
relief is the subject of a constitutional provision, while appellate relief is not,
an inmate's rights regarding legal representation in a state habeas corpus pro-
ceeding are even more limited than on an appeal.

"Postconviction relief is even further removed from the criminal trial than is
discretionary direct review. [4] It is not part of the criminal proceeding itself,
and it is fact considered to be civil in nature. [Citation.] ... . States have no
obligation to provide this avenue of relief, [citation], and when they do, the
fundamental fairness mandated by the Due Process Clause does not require that the
state supply a lawyer as well." (Pennsylvania v. Finley (1987) 481 U.S. 551, 556-

17.

557 [95 L. Ed 2d 539, 107 S. Ct. 1990][****17] ; see In re Scott (2003) 29 Cal. 4th

783, 815 [129 Cal. Rptr. 2d 605, 61 P. 3d 402] [state capital habeas corpus

proceeding in which a referee was appointed to take evidence and make findings on

an inmate's claims of ineffective assistance of counsel was civil in nature].)

Consequently, there is no federal constitutional right to counsel for state habeas

corpus proceedings, not even in a capital case. [*475] (Murray v. Giarratano

(1989) 492 U.S. 1, 10 [106 L. Ed. 2d 1, 109 S. Ct. 2765] (plur. opn. of Rehnquist,

C.J.); see Coleman v. Thompson (1991) 501 U.S. 722, 752 [115 L. Ed. 2d 640, 111 S.

Ct. 2546].)

(2) [****18] California likewise confers no constitutional right to counsel

for seeking collateral relief from a judgment of conviction via state habeas corpus

proceedings. Nonetheless, the long-standing practice of [***116] this court is to

appoint qualified counsel to work on behalf of an indigent inmate in the

investigation and preparation of a petition for a writ of habeas corpus that

challenges the legality of a death judgment.

(In re Sanders (1999) 21 Cal. 4th 697, 717 [87 Cal. Rptr. 2d 899, 981 P. 2d

1038]; In re Anderson (1968) 69 Cal. 2d 613 [73 Cal. Rptr. 21, 447 P. 2d 117];

Cal. Supreme Ct., Internal Operating Practices & Proc., XV, Appointment of

Attorneys in Criminal Cases; Cal. Supreme Ct., Policies Regarding Cases Arising

from Judgments of Death, policy 3.) This practice, now codified in principle at

Govern-ment Code section 68662, promotes the state's interest in the fair and

efficient administration of justice and, at the same time, protect the interest of

all capital inmates by assuring that they are provided a reasonably adequate

opportunity to present us their habeas corpus claims.

[****19] We turn now to the question whether inmates have a right to self-

representation when seeking habeas corpus relief in our courts. Although the

United States Supreme Court has not ruled on this matter specifically, it is log-

ical to conclude that if there is no federal constitutional right to self-
representation in a state appeal as of right [**1113] (Martinez, supra, 528 U.S. at
p. 163), then there is no such constitutional right in state collateral proceedings
not only does the Sixth Amendment right to self-representation at trial clearly not
apply, but the autonomy interests that survive a judgment of conviction surely are
no greater once the judgment is affirmed on appeal and the inmate is relegated to
the civil remedy of seeking collateral relief.

(3) Inmates, moreover, have no state constitutional right to self-represent-
tation in habeas corpus proceedings. Like its federal counterpart, the California
Constitution guarantees that habeas corpus shall not be suspended, except as
necessary for public safety during a rebellion or invasion. (Cal. Const. art. 1,
§11.)[*476] That provision makes no mention of representational rights, and
furnishes [****20] no more a basis for such rights than the federal provision.

Recent legislation, however, alludes to the matter of self-representation.
Government Code section 68662 provides that our court "shall offer to appoint
counsel to represent all state prisoners subject to a capital sentence for purposes
of state postconviction proceedings, [6] and shall enter an order containing one
of the following: [¶] (a) The appointment of counsel to represent the prisoner in
postconviction state proceedings upon a finding that the person is indigent and
has accepted the offer to appoint counsel or is unable to competently decide
whether to accept or reject that offer. [¶] (b) A finding, after a hearing is
necessary, that the prisoner rejected the offer to appoint counsel and made that
decision with full understanding of the legal consequences of the decision. [¶]
(c) The denial to appoint counsel upon a finding that the person is not indigent."
(Italics added; see Gov. Code, former §68652, [***117] added by Stats. 1997, ch.
869, §3.) although these provisions contemplate that a capital inmate may decline
our offer of counsel at the outset, so long as he or she fully understands the

[****21] legal consequences of such a decision, they specify no right to withdraw an election of professional legal representation once made.

Additionally, the Penal Code specifies that "[e]very person unlawfully imprisoned or restrained" may prosecute a writ of habeas corpus (Pen. Code, §1473, subd. (a)) by means of a petition "signed either by the party for whose relief it is intended, or by some person in his behalf" (id., §1475, italic added). But neither of these provisions is contravened by a rule that a "person" represented by counsel for the specific purpose of pursuing habeas corpus remedies must generally exercise the right to prosecute the writ through that counsel, who, in such cases, act "in his behalf."

Certainly, capital inmates [****22] who are represented by habeas corpus counsel have no more right to present their cases personally alongside their attorneys than do represented capital defendants at trial or on appeal.

As is the situation in a capital trial or appeal, there is no constitutional or statutory provision that grants a represented inmate the right to file pro se petitions, motions, objections, or other briefing in furtherance of his or her capital habeas corpus case. Nor do our published practices, procedures or policy standards governing capital habeas corpus proceedings afford such a [*477] right. Moreover, we indicated quite some time ago that the general rule prohibiting a represented party's pro se documents applies in the habeas corpus context. (See Cathey, supra, 55 Cal. 2d at p. 684 [represented petitioner seeking release from the custody of the California Medical Facility at Vacaville]; accor, In re Mozer (1973) 162 Mont. 540 [511 P. 2d 1320, 1321] per curiam order dismissing noncapital defendant's petition for writ of habeas corpus alleging unconstitutionality of his confinement]; In re Stirewalt (C.G.C.C.A. 2001) 56 M.J. 506, 507 [****23] ]refusing to entertain a pro se habeas corpus petition where the petitioner had been previously represented by counsel, had a right to continuing representation by

20.

government-provided counsel, and had given no indication that he had been inappropriately deprived of representation]; In the Matter of Stroik [Del., Sept. 22, 1998) 719 A. 2d 490, 1998 WL 736284 [unpublished disposition [**1114] holding that a noncapital defendant could not file a pro se habeas corpus petition because it was directly related to postconviction matters in which he was represented by counsel]; Gilbert v. Singletary (Fla. Dist. Ct. App. 1994. 632 So. 2d 1104, 1105; Ex parte Taylor (Tex.Crim.App. 1985. 690 S.W. 2d 33, 34; Pitts v. Hopper (N.D. Ga. 1974) 402 F. Supp. 119, 120.)

   (4) In consideration of all of the foregoing, the rule we adopt is this:  This court will not file or consider a represented capital inmate's pro se submission to the extent it challenges, or otherwise pertains to (see post, fn. 11), the legality of the death judgment.  [****25] Challenges that go [***118] to the legality of the death judgment fall [****24] squarely within the scope of habeas corpus counsel's representation, and there appears no legitimate reason why capital inmates who have habeas corpus counsel should not be required to submit such matters to their attorneys for investigation and proper presentation to this court in a petition prepared and filed by their attorneys.  Indeed, with their formal legal training, professional experience, and unrestricted access to legal and other resources, counsel possess distinct advantages over their inmate clients in investigating the factual and legal grounds for potentially meritorious habeas corpus claims and in recognizing and preparing legally sufficient challenges to the validity [*478] of the inmates' death judgments. (See generally Jones v. Barnes, supra, 463 U.S. 745, 751 [77 L.E. 2d 987, 103 S. Ct. 3308] [noting the superior ability of counsel to present the client's case on appeal].)

   A rule declining the filing and consideration of a represented capital inmate's pro se submissions as such is consistent with the general rule that

represented parties have no right to present their cases personally alongside counsel--a principle we have recognized in the context of both capital trial and appeals', and in noncapital habeas corpus proceedings as well.

[****29] (6) Conversely, we shall file the following two pro se documents under separate file number: (1) the petition for writ of habeas corpus that complains both of "prison conditions impeding & obstructing habeas" and of denial of petitioner's rights to a speedy trial and a speedy appeal (received Mar. 6, 2002); and (2) the petition for writ of habeas corpus that complains the superior court erred in denying a petition for writ of habeas corpus filed on August 28, 2001 in Marin County Superior Court, No. SC 120773 (received Apr. 2, 2002). Because these documents complain primarily of prison conditions, reflecting matters falling outside the scope of appointed counsel's representation, we shall consider, at a future time and independently of the habeas corpus proceeding herein denomin- ated as case No. S096831, those submissions on their merits. (See ante, fn. 1.) to the extent, however, that these documents also include contentions that challenge or otherwise pertain to the legality of the death judgment, such contentions are not properly presented and we shall decline their consideration.

The order to show cause is discharged.

Based upon facts, court order, 3 docket sheets, 2 letters from Cal., Sup. Ct. <Attached 16> and confession from California Supreme Court as to Star Chamber! Petitioner was not represented by and counsel on S-164093 filed 06-04-08 and on May 16, 2011 as they only appointed appellate counsel on 01-08-13. So they've confessed to suspension of habeas corpus challenge to illegal judgment, illegal detention. The only rebellion is California acts of Treason by creating Star Chamber.

For California Supreme Court to speak of judicial economy is plain perjury!

22.

It actual concern for judicial economy it would serve justice and judicial economy to obey the laws, constitution, and judicial council adopted policies, rules. As in prior court in 1986 Rose Bird Court Chief Justice 92.8% of capital cases rejected, reversed largely in part of criminal violations of Executive Branch, and lower courts. This court provided the choice to either provide favorable influence to prosecution or be removed from court. So new court with absolutely with no corrections starting affirmations at 95 to 100%. Corruption to a point it was required to cover-up criminal bad acts by California Supreme Court prompted Policies 2-3. This where defense counsel is appointed to create perfunctory appeal and habeas corpus. As California chooses to decide issues to be raised and suspended. This to create defaults of which California now claims a diminished review pursuant Cal. Const. Art. VI §13;

> "No judgment shall be set aside, or new trial granted, in "any cause", "on grounds of misdirection of jury," or "of the improper admission or rejection of evidence," or "for any error as to any matter of pleading," or "for any error as to any matter of procedure, unless, after and examination of the entire cause, including the evidence, the court shall be of the opinion that the error complained has resulted in a miscarriage of justice.

The California Supreme Court creating the miscarriage of justice is not likey to destroy the fruit of Star Chamber. The legal facts clearly establish no legal judgement, no appeal judgement, but California Supreme Court made themselves head of the defense. This to control issues raised by defense, suspend any legally filed challenge, and appointing counsel to Alter, Conceal, Destroy court preserved trial records. This providing a foundation for illegal altered, conceal   or destroyed appellant record. Glorifying the court's important and attempting to allege to complain judicial economy. This based upon adding 100% of additional case of

which have no appealable judgment. Creating 500% to Executive Branch and 350% to Judicial Branch. To create 5th., largest economy in the world, all by fraud, perjury, Star Chamber. 30 New prisons of which they chose to keep federal subsidies at 400% over all other states in union of United States. They should also be aware the work product over 150 wrongful deaths by denial of due process of law, equal protection of law, and barring court access. To all with invoked duties owed Plenipotentiary <SEE Attached 15> Establishing co-conspirators by failure to perfect duties invoked. Appointed appeals counsel over 100 letters, over twenty-seven Motions for conflict of interest, or Marsden issues. California Supreme Court refused all filing, refused hearing. Grounds for conflict dispositive issues according to Director Mary McComb by California Supreme Court Policy 3, have to be suspended until defaults are enforced. This criminal Star Chamber, California Supreme Court claims supported by United States Supreme Court.

### Issue Three

"United States Court both District and Ninth Circuit Court
pledge of oath to U.S. Constitution vs. suspension of
habeas corpus."

United States Constitution Article I §9.c-2 "The privilege of the writ
of habeas corpus "shall not be suspended", unless when in cases of
rebellion or invasion the public safety may require it."

Habeas corpus (Law Latin) ("That you have the body") A writ employed to bring a person before a court, "most frequently to ensure that the parties imprisonment or detention is not illegal, habeas challenge ad subjiciendum. In addition to being used to test the legality of an arrest or commitment, and the writ may be used to obtain review of judgement for legality.

The writ of habeas corpus, by which the legal authority under which a person

24.

may be detained can be challenged, is of immemorial antiquity.  After a checkered

career in which it was invoked in the struggle between the common law court.

The court of chancery and the Star Chamber, as well as the conflicts between

Parliament and the Crown, the protection of the writ was firmly written into English,

and U.S. Law by Habeas Corpus Act of 1679.  Today it is said to be "perhaps the most

important writ known to the Constitutional Law of England and the United States.

[Law of federal courts §53, at 350 (5th., Ed 1994)

Federal rules of court pursuant 28 U.S.C. §2245 thru §2256, with habeas process

in capital cases 28 U.S.C. §2261 thru §2266, 28 U.S.C. §2264(a) Whenever

a state prisoner under capital sentence files a petition for habeas corpus relief

to which the chapter applies, the district court shall only consider a claim or

claims that have been raised and decided on the merits in the state courts, "unless

the failure to raise the claim properly is"; (1) "The result of state action in

violation of the Constitution or Laws of the United States."  (b) Following review

subject to subsection (a)(b) and (e) on section 2254, the court shall rule on the

claims properly, before it.

28 U.S.C. §2254(a); "The supreme court, a justice thereof, a circuit judge

or a district court judge 'shall entertain' an application for a writ of habeas

corpus in behalf of a person in custody pursuant to the judgment of a state court

only on the grounds that he is in custody in violation of the Constitution or Laws or

Treaties of the United States".

28 U.S.C. §2254(b)(1)(A) The appellant has exhausted the remedies available

in state courts; "or" (B)(i) There is an absence of an available state corrective

process; "or" (B)(ii) Circumstance exist that render such such process ineffective to

protect the rights of the applicant.

If petitioner is in custody in violation of Constitution, Statute Law,

25.

treaties made thereof, and raises issue before a state or U.S. Court and they act to suspend; SEE U.S. Constitution Amendment XIII, and XIV, and VIII. Involuntary servitude under cruel and unusual punishments.

United States District Court order dated 06-11-15, by U.S. District Court Judge of Central District of California. Ordering barring all access to U.S. Courts as it relates to habeas corpus, or civil rights complaint. This order amounts to a formal confession by language of order. "SEE Attached 19." Petitioner filed pursuant to all writs, court altered to 28 U.S.C. §2254(a). Filed 10-24-08 by Petitioner Theodore Shove with 208 pages of supporting evidence on 15 page complaint, CV-08-7126-R. Presented as U.S. citizen in custody by illegal judgment and detention. By violations of constitution and laws and treaties an treaty's of United States. So we now review the courts gleaned legal facts. Quoting; "The gravamen of Shove's complaint was that there was and, is a broad conspiracy in the California criminal justice system to deny him his due process rights at each and every stage of the capital proceedings against him. On Nov. 05, 2008, this court dismissed that action based on Shove's failure to exhaust his state court remedies consistent with the requirements of the Anti-Terrorism and Effective Death Penalty Act of 1996. 28 U.S.C. §2254(a) (AEDPA). Pursuant to 28 U.S.C. §2261 thru §2266 "California NEVER qualified for diminished constitutional review under this statute and act."

However, it should be noted habeas corpus ad subjiciendum was filed and defaulted by suspension of habeas corpus by California Supreme Court. S-164093 filed 06-04-08 thirty days later defaulted by the Cal. rules of court. Formally dismissed 02-20-13, no initial review or response by court to any filings, suspended.

Yet if this court review Issue One, Issue Two, the claim is correctly deter- mined by U.S. Judge Real, and he still choose to violate his oath, Habeas Corpus

Act, U.S. Constitution, laws, and treaties. "This U.S. District Court supported a rebellion by act of treason against United States by State of California" in illegal application of "Star Chamber." This designed to form defaults to bar U.S. Courts from going behind defaults, and U.S. Courts can't go behind records provided after attorney, concealing, destroying actual records, documents, transcripts all of which demand the U.S. Courts entertain immediately or support involuntary servitude under cruel and unusual punishments.

This U.S. Judge went on to suspend four additional habeas corpus filed by petitioner in custody by illegal judgment and sentence. In direct violation of constitution, statute laws, treaties made thereof United States Constitution. U.S. Judge Real boasted that his order are directly supported by "9th Circuit Court of Appeals." Same court who adjudicated Harris v. Nelson, 354 U.S. 286, (9th cir.).

It would appear if our U.S. judicial Branch was actually perfected duties pursuant oath. They would notice 91% of state capital case habeas corpus have over "30 defaults per case." It is truly necessary to explain after Issue Two. Forced defaults to conceal criminal acts by executive branch and lower courts. This by lower courts who are appointed by perfecting capital cases, to support permotion to appointment to judge. Yes! These are the legal facts to your co-workers who feel your directly supporting them in star chamber.

Should California Supreme Court, appeals court, superior court be misinformed. This would be the time for you to perfect your Constitutional duties is mandated by 28 U.S.C. §453. Anything less would be construed providing comfort, support to a rebellion by act of treason against U.S. Constitution. This Star Chamber has effected thousand upon thousands of false judgments. To fill 30 new prisons built for State of California by fraud upon United States.

Judicial Notice; The governor of State of California Gavin Newsom, state's

27.

Attorney General <u>Rob Bonta</u>, all noticed duty invoked. This may well be foundation for Governor <u>Gavin Newsom</u>, putting a moratorium on executions based upon "<u>unreliable judgments of death</u>." <To prevent murder> Yet governor and state attorney general are satisfied with forced involuntary servitude under cruel and unusual punishments, and over 150 wrongful deaths all supported by United States Judicial Branch "according" to State of California. Especially placing one of participating attorney generals for State of California, as U.S. Senator, and now Vice President <u>Harris</u>, elected, promoted directly due to affirmation rate by <u>Star Chamber</u>.

Vice President <u>Harris</u> promoted support by bring <u>Xavier Becerra</u> into U.S. Service in Washington, D.C., as well. Touting affirmation rate, but they did not tell or correct star chamber as providing to there advantage.

### " Inclusion of Complaint "

Due Process; "The conduct of legal proceedings according to established rules and principles for the protection and enforcement of private rights, including notice and the right to a fair hearing before a tribunal with the power to decide the case. "Due process of law", due course of law.

Due process of law in each particular case means such an exertion of the powers of government as the settled maxims of law sanction, and under such safe guards for the protectors of individual rights as those maxims prescribe for classes of cases of which the one in question belongs. A treatise in the constitutional limitations 356 [<u>1868</u>].

"An elementary and fundamental requirement of due process in any proceeding which is to be accorded finality is notice reasonably calculated, under all the circumstance, to apprise interested parties of the pendency of the action and afford them opportunity to present there objections .... The notice must such a nature as reasonably to convey the required information."

28.

Chain of custody:  Chain of custody requires testimony or continuous possession by each individual having possession, together with testimony be each that object remained in his possession, all possibility of alteration, substitution or change of condition need not be eliminated.  For example, normally an object maybe placed in a safe to which more than one person has access without each such person being produced.  However the more authentication is genuinely in issue, the grated the need to negate the possibility of alteration.  Federal rules of evidence in a nutshell 402 (3d. 1992).

The Habeas Corpus Act, 1 - one of the <u>four great charters of English liberty</u>. (31 Car. 2, 1679), securing to English subjects "<u>speed relief</u>" from all <u>unlawful imprisonments</u>, the other three great charters are <u>Magna Carta</u>, the <u>petition of rights</u> [3 Car. 1, 1628] and the <u>Bill of Rights</u>, 11 WM & M 16891.  The Habeas Corpus Act does not apply in Scotland.  A statute deriving ultimately from English statute and enacted in the United States as a constitutional guaranteed right of personal liberties.

Reviewing <u>Harris v. Nelson</u>, 354 U.S. 286, (9th cir.) "The writ of habeas corpus is "<u>The fundamental instrument for safe guarding individual freedoms against</u>" "<u>arbitrary</u>" and "<u>lawless state government actions</u>".  It's "<u>permanent role recognized</u>" by "<u>admonition</u>" in the "<u>constitution</u>" that a writ of "<u>habeas corpus shall not be suspended</u>"; <u>U.S. Constitution Art. I §9.c-2</u>.  The scope of flexibility of the writ and its capacity to reach "<u>all matters of illegal detection - its capacity to reach all manner of illegal judgment</u>" --- its ability to cut through all "<u>barriers</u>" or "<u>form</u>" and "<u>procedural maze</u>" -- has always been "<u>emphasized</u>" and "<u>jealously guarded</u>" by courts and lawmakers.  The very nature of the writs "<u>demands</u>", that it's to be "<u>administered</u>" with "<u>initiative</u>" and "<u>flexibility</u>" essential to "<u>insure that miscarriage of justice within its reach are surfaced and corrected</u>.

Now after review of In Re Barnett, 31 Cal. 4th 466, [attached], and the "California Supreme Court Policies Regarding Cases Arising From Judgment of Death." <SEE Attached 14>. We also review "California Constitution Art. VI §6"; The Judicial Council consists of Chief Justice and one other judge of the supreme court, 3 judges of Court of Appeals, 5 judges of superior court, 3 judges of municipal court, adjudicator courts, each appointed by the chief justice for a two year term; 4 members of the State Bar appointed by its governing body for 2 year term, and one member of each House of the Legislators appointed as provided by the House. Now we review Calif., rules of court, Rule 10.1(2); The council establishes policies and set priorities for the Judicial Branch of government. (b); Article VI §6 of the California Constitution requires the council improve the administration of justice by doing the following: (4) Adopting rules of court administration and rules of practice and procedure "that are not inconsistent with statute." California Supreme Court adopted these policies themselves in violation of state and U.S. Constitution, Laws, Treaties made thereof and rules of court, this to perfect a new, but old form of legal process. Yes!  "It's called Star Chamber." Excelling in violating all constitutional rights, all due process of law, and the actual foundation for U.S. and English due process of law been illegally removed.

"Star Chamber"; An English court having broad civil and criminal jurisdiction at the King's discretion and noted for its secretive, arbitrary, and oppressive procedure, including investigation, the absent of jury's. The star chamber was abolished in 1641 because of the "abuse of power". Also termed court of star chamber. Any secretive, arbitrary, or oppressive tribunal or proceedings California Supreme Court abolished habeas corpus challenge to illegal detection, illegal judgment to U.S. citizens by illegal suspension of habeas corpus. Further denying any and all forms of self-representation, by forcing appointment of counsel who accepts California Supreme Court as the Head of Defense. Certifying all dispositive

30.

issues raised only after adjudication of appeal, after habeas counsel is appointed. <8 to 10 years after appeal affirmed.> Naturally on 93% of all California state habeas petitions present according to California Supreme Court may have 30 to 40 issues defaulted, as appointed counsel suspended issued per Policy 2-3, 1.1-1 forcing involuntary servitude, under cruel and unusual punishments and forcing defaults.

This exceptionally defined records will be certified destroying issues as criminal violations of states executive branch in creating a false and illegal judgment. The alterations of records is concealed to U.S. Courts as all objections are illegal, barred from appellate records. California Supreme Court has fulfilled protections to defense counsel to violate the constitutional rights of appointed clients.

By suspension California Supreme court forced defaults barring U.S. Courts access to going behind defaults. Review Cal. Constitution Art. VI §13. Excusing all illegal evidence, criminal acts, prosecution, all false, forged, fraudulent evidence. Making forced defaults, conceal criminal violations of Constitution, Statutory Law, Treaties made thereof. All of this 17 to 20 plus years to affirm illegal judgment, 10 to 15 additional to perfect state habeas corpus. This legal fact "certified denial of due process of law, violation of all constitutional rights. Then leaving U.S. Courts blocked by all records, defaults and in excess of "30 years after trial to start any investigation." Star Chamber all for financial gains by State of California Governor Newsom, et al., state Attorney General Rob Bonta, et al., as this has been in process of years approximately 36+, 3.9 trillion dollars of fraud against United States, 30 new prisons, expanding executive branch 500% and judicial branch expansion 350%, creating 150+ wrongful deaths, by denial of due process of law.

Vice President Harris, prior Senator, prior State of California attorney general. <Got elected by touting affirmation rate 95% of it was accomplished by

issues raised only after adjudication of appeal, after habeas counsel is appointed. <u><8 to 10 years after appeal affirmed.></u> Naturally on 93% of all California state habeas petitions present according to California Supreme Court may have 30 to 40 issues defaulted, as appointed counsel suspended issued per <u>Policy 2-3</u>, <u>1.1-1</u> forcing involuntary servitude, under cruel and unusual punishments and forcing defaults.

This exceptionally defined records will be certified destroying issues as criminal violations of states executive branch in creating a false and illegal judgment. The alterations of records is concealed to U.S. Courts as all objections are illegal, barred from appellate records. California Supreme Court has fulfilled protections to defense counsel to violate the constitutional rights of appointed clients.

By suspension California Supreme Court forced defaults barring U.S. Courts access to going behind defaults. Review <u>Cal. Constitution Art. VI §13</u>. Excusing all <u>illegal evidence</u>, <u>criminal acts</u>, <u>prosecution</u>, <u>all false</u>, <u>forged</u>, <u>fraudulent evidence</u>. Making forced defaults, conceal criminal violations of Constitution, Statutory Law, Treaties made thereof. All of this <u>17 to 20 plus years to affirm illegal judgment</u>, 10 to 15 additional to perfect state habeas corpus. This legal fact "certified denial of due process of law, violation of all constitutional rights. Then leaving U.S. Courts blocked by all records, defaults and in excess of "<u>30 years after trial to start any investigation.</u>" Star Chamber all for financial gains by State of California Governor <u>Newsom</u>, et al., state Attorney General <u>Rob Bonta</u>, et. al., as this has been in process for years approximately 36+, 3.9 trillion dollars of fraud against United States, 30 new prisons, expanding executive branch 500% and judicial branch expansion 350%, creating 150+ wrongful deaths, by denial of due process of law.

Vice President <u>Harris</u>, prior Senator, prior State of California attorney general. <Got elected by touting affirmation rate 95% of it was accomplished by

Star Chamber>. <u>Xavier Becerra</u> prior state attorney general now active to Washington, D.C., by touting affirmation rate in star chamber. Review all services to all with invoked duty, especially Majority Leader Senator <u>Nancy Pelosi</u>, started government service in 1987 at start and enjoyed the financial success until this very day. Fraud, perjury, forged documents, falsifying information to U.S. Congress to keep treaty nicely intact with U.S., remember the very language of California Supreme Court analysis "<u>as soon as they or should have known of issues</u>", holding defendants and appointed counsel to legal timely demands.

Just a legal notice for presiding U.S. Judges, U.S. House members! All those with invoked duties accepted, pledged, took an oath under penalty of perjury to uphold, support, and defend United States Constitution, Statute, Treaties made thereof. This certified full and complete criminal intent to deny due process of law, equal protection of law, denying meaningful access to court, to those who were vested authority. Forcing involuntary servitude under cruel and unusual punishments all for financial gains. SEE <u>18 U.S.C. §241</u>, <u>§242</u>, all this related to capital cases with criminal intent to murder U.S. citizen all while acting under color of law. Your honor your review based upon richer or poorer, unbias unprejudice, and providing equal justice to all. It's your day to perfecting your invoked duties owed.

<u>Relief;</u> This U.S. District Court was top choice directly due do to profession-alism, integrity and dedication to oath of appointment to United States Judicial Branch. This complaint will filed by a pro se litigant is truly filed in behalf of United States by loyalty of U.S. citizen.

The reviewing court should take into consideration this case is based upon United States Statutory Laws, Constitution, and Treaties thereof. As a U.S. citizen reporting crimes against United States by a state within the union of United States.

These petition's firmly rely on this Honorable Court's commitment to seeking justice. Furthermore, the years the United States has been in existence, and proclaiming United States as the land of the free. We've as United States condemned the other countries who act to commit crimes against humanity or diminish the right's of their own citizens.

Now take legal notice California Supreme Court has clarified State of California recognize no right to habeas corpus and bars pro se petition alleging California constitution, statute provide no legal right to file, prosecute habeas challenge to illegal judgment or detention. Material false statement buy State of California's highest court. Cal. Penal Code §1473 thru §1509; A person authorized to presecute

> writ of habeas corpus; §1473(a); a person unlawfully imprisoned, or
> retrained of his or her liberty, under any pretense, may, prosecute a
> writ of habeas corpus to inquire into the cause of his or her imprisonment
> or restraints; (c) Any allegation that the prosecution knew or should have
> known of the false nature of the evidence referred to in (1) and (2) of
> subdivision (b) is immaterial to the prosecution of a writ of habeas corpus
> brought pursuant to paragraph (1) or (2) of subdivision (b).

The legal facts clearly establish any and all defense attorneys who are appointed in capital cases, who act in compliance to California Supreme Court Policies 2-3, "3" 1.1-1, who act to suspend issues that are dispositive in nature in capital case is paramount to commission of first degree murder. No statute of limitations on murder! No legal defaults on murder either. So by compliance to California Supreme Court Policies 2-3, by appointed defense counsel is and act to commit first degree murder and for financial gains.

California Supreme Court demands as contract of appointment 100% compliance of Policy 2-3. This to force defaults, so California Supreme Court can dismiss pursuant

Cal. Const. Art. VI §13, Covering by concealing all criminal acts by California Executive Branch, as a appointment agreement to all supreme court judge's by executive branch. Now we need only review number of forced defaults created illegally to certify criminal conspiracy to commit murder, by those acting under color of law.

Naturally this court has experience, education, professionalism to create full constitutional compliance. Further to create a formal court ordered referral to U.S. Attorney to investigate and if necessary prosecute. Also to create all avenues for personal relief to all victims in presenting this formal complaint of Treason against United States Constitution, Treaty.

The evidence presented certifies violations of Treaty between U.S. and California with formal criminal intent. By those acting under color of authority provided to them by U.S. Constitution via Treaty. Receivership is formally, legally demanded by the U.S. Constitution, Statute Law, Treaty's made thereof. This is a formal legal demand to this U.S. District Court, at our nations capitol.

"Immediate" Order's of protections, and after a formal legal review 4 of 6 petitioner's have in excess of 30 defaults, illegally created by Star Chamber. It would be noted the burden of proof is clearly and concisely by proving of a criminal act during prosecution. Conceal, altered, destroyed records, by those appointed by California Supreme Court.

Also Governor Gavin Newsom, state Attorney General Rob Bonta, Kamala Harris now acting as Vice President, and Xavier Becerra appointed to   -work Washington, D.C., all active participants a criminal creation, and supporting an illegal Star Chamber. This will as well, raise issues to ALL U.S. House and U.S. Senators representing State of California in Washington, D.C., as a matter of law from the time "served", or as soon as they could have or should have known of issues at bar. After all they represent State of California duties in invoked!

34.

Any further delays could very well establish additional wrongful deaths, involuntary servitude all under cruel and unusual punishments. Hundreds of thousands of false judgments to U.S. citizens all for financial gains. This Honorable Courts duties is clearly invoked by oath to support, uphold, and enforce U.S. Constitution, Statute Law, Treaties made thereof. As the supreme law of land, constitutional mandate!

Further any and all other relief this Honorable expert Court deems necessary to reestablish full and complete constitutional compliance, protections to U.S. citizens, and full and complete relief to all victims of criminal acts of State of California, et al. It is so prayed!

Pursuant 28 U.S.C. §1746

THEODORE SHOVE,

Original Complainant,

RICHARD VIEIRA,

CONRAD ZAPIEN,

FRANCIS HERNANDEZ,

CARLOS AVENA,

ALBERT BROWN ?

HC-001

7. Ground 2 or Ground _____ *(if applicable):*

> SEE attached Issues 1, 2, 3, Conclusions, Relief

a. Supporting facts:

> SEE attached Issues 1, 2, 3, Conclusions, Relief

b. Supporting documents:

> SEE attached Issues 1, 2, 3, Conclusions, Relief

c. Supporting cases, rules, or other authority:

> SEE attached Issues 1, 2, 3, Conclusions, Relief

HC-001

8. Did you appeal from the conviction, sentence, or commitment? ☒ Yes ☐ No    If yes, give the following information:

   a. Name of court ("Court of Appeal" or "Appellate Division of Superior Court"):
     California Supreme Court

   b. Result: Pending         c. Date of decision: N/A

   d. Case number or citation of opinion, if known: N/A

   e. Issues raised: (1) _____

           (2) _____

           (3) _____

   f. Were you represented by counsel on appeal? ☒ Yes ☐ No    If yes, state the attorney's name and address, if known:
     California Public Defenders, Director Marry McComb, 1111 Broadway, 10th Floor,
     Oakland, CA., 94607-4139

9. Did you seek review in the California Supreme Court? ☐ Yes ☐ No    If yes, give the following information:

   a. Result: Habeas corpus suspended filed 06-04-2008    b. Date of decision: 02-20-2013

   c. Case number or citation of opinion, if known: _____

   d. Issues raised: (1) No legally filed search warrants

           (2) No legally filed arrest warrants

           (3) Threats on life of C/I [task force] cold case detective

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal (see *In re Dixon* (1953) 41 Cal.2d 756, 759):
By California Supreme Court "dispositive issues ordered suspended pursuant to
illegal policies created by same court. Policy 2-3, No change of counsel permitted
by Policy 2.

11. Administrative review:

   a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Dexter* (1979) 25 Cal.3d 921, 925.) Explain what administrative review you sought or explain why you did not seek such review:
     N/A

   b. Did you seek the highest level of administrative review available? ☐ Yes ☐ No
     *Attach documents that show you have exhausted your administrative remedies. (See People v. Duvall* (1995) 9 Cal.4th 464, 474.)

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court, including this court? (See *In re Clark* (1993) 5 Cal.4th 750, 767–769 and *In re Miller* (1941) 17 Cal.2d 734, 735.) ☒ Yes    If yes, continue with number 13.    ☐ No    If no, skip to number 15.

HC-001

13 a. (1) Name of court: U.S. District Court of Columbia 09-CV-2316-UNA

   (2) Nature of proceeding (for example, "habeas corpus petition"): 42 U.S.C. §1983 civil complaint

   (3) Issues raised:  (a)  Same as Issues 1, 2, 3, Conclusion, Relief

              (b) _____

   (4) Result (attach order or explain why unavailable): Dismissed as Cal. has habeas relief within custody

   (5) Date of decision: January 2010

   b. (1) Name of court: U.S. District Court Central District of California

   (2) Nature of proceeding: Habeas corpus ad subjiciendum

   (3) Issues raised:  (a)  Same as attached Issues 1, 2, 3, Conclusions, Relief

              (b) _____

   (4) Result (attach order or explain why unavailable): Order attached! 4 habeas corpus challenges to illegal
              Judgement, and confinement.

   (5) Date of decision: 4 denial and suspension of habeas corpus in violation of

   c.  For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

   N/A

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Robbins
   (1998) 18 Cal.4th 770, 780.)
   All raised timely first filing 06-04-2008, sentencing 03-13-2008

16. Are you presently represented by counsel?  ☐ Yes  ☐ No   If yes, state the attorney's name and address, if known:
   Appeal only! Mary McComb, Cal. Public Defenders Office, 1111 Broadway, 10th Floor, Oakland, CA.,

17. Do you have any petition, appeal, or other matter pending in any court?  ☐ Yes  ☐ No   If yes, explain:
   Habeas corpus, filed 04-18-2016 Suspend! Appeal fully brief 11-18-2018 no scheduled hearing or ruling

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
   Clearly concisely presented in Issues 1, 2, 3, Conclusions, Relief

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that
the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as
to those matters, I believe them to be true.

Date: 12-23-2021

_____
(SIGNATURE OF PETITIONER)

# DECLARATION OF SERVICE BY MAIL
## BY PERSON IN STATE CUSTODY
### (C.C.P. §§ 1013(A), 2015.5)

I, ___THEODORE SHOVE_____, the undersigned, declare:

I am over the age of 18 years, and _____ a party to this matter. I am a resident of SAN QUENTIN STATE PRISON, in the County of Marin, State of California. My Prison address is:

___Theodore Shove_____,

CDCR#: _G-11092_____, CELL#: _2-EB-83____

## SAN QUENTIN STATE PRISON
## SAN QUENTIN, CA 94974

On, _January 10, 2022_____, I served the attached:

Habeas corpus, Issues 1, 2, 3, Conclusions, Relief, and all attached

Exhibits and California penal code, case authority

on the parties, at the addresses listed below, by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff) with postage fully prepaid, in a deposit box provided by San Quentin State Prison, for mailing in the United States Mail as per the regulations governing out-going Legal Mail.

U.S. District Court For The District of Columbia, E Barnett Prettyman Courthouse, 333 Constit-

ution Ave., N.W., Washington, D.C., 20001 / California Attorney General Rob Bonta, 1300 I St.,

Suite 126, Sacramento, CA., 95814 / U.S. Attorney General Merltt Garlan, 950 Pennsylvania Ave.,

N.W., Washington, D.C., 20530-0001 / California Supreme Court, 350 McAllister St., San

Francisco, CA., 94102

I declare under the penalty of perjury, under the laws of the State of California, that all the foregoing is true and correct.

Executed on ___January 10, 2022_____, at San Quentin, State California.

_____
Declarant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THEODORE SHOVE, et al.,

Plaintiff,

v.

U.S. DISTRICT COURT CENTRAL DISTRICT
OF CALIFORNIA, et al., STATE OF
CALIFORNIA, et al.,

Defendant(s).

CASE NUMBER _____

**PRISONER'S APPLICATION AND
DECLARATION TO PROCEED
*IN FORMA PAUPERIS***

SIX MONTH CERTIFIED PRINT-
OUT IS ON FILE WITH U.S.
DISTRICT COURT ON
12-25-2021, U.S. APPEALS
COURT ON

I, (print your name) _____THEODORE SHOVE_____, declare under penalty of perjury that
I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this
proceeding or give security thereof.

In support of this application, I provide true, correct and complete answers to all of the following
questions:

1. Are you presently employed in prison? ☐ Yes ☒ No

   The number of hours you work per week: ____N/A____ The hourly rate of pay: ___N/A___

2. For the past twelve months, list the amount of money you have received from any of the following
   sources.

   | | |
   |---|---|
   | a. Business, profession or self-employment | $ ____0.00____ |
   | b. Income from rent, interest or dividends | $ ____0.00____ |
   | c. Pensions, annuities or life insurance payments | $ ____0.00____ |
   | d. Disability, Social Security or other government source | $ ____0.00____ |
   | e. Gifts or inheritances         *** CARES ACT *** | $ ___3,200.00___ |
   | f. Describe any other source of income: ____NONE_____ | $ ____0.00____ |

3. List the amount for each of the following (include prison account funds):

   | Cash on hand | Checking account | Savings account |
   |---|---|---|
   | $ 0.00 | $ 0.00 | $ 0.00 |

4. Do you own or have any interest in any real estate, stocks, bonds, notes, retirement plans,
   automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   If Yes, describe the property and state its approximate value:

   ☐ Yes

   | N/A | $ 0.00 |
   |---|---|

   ☐ No

5.  Do you have any other assets?

If Yes, list the asset(s) and the approximate value:

☐ Yes

N/A                                                                    $  0.00

☐ No

6.  Does anyone depend upon you for financial support?

If Yes, state their relationship to you, and indicate how much you contribute towards their support each month. Use initials (not names) to refer to minor children.

☐ Yes

N/A                                                                    $  0.00

☐ No

***This form must be dated and signed below for the court to consider your application.***

I hereby authorize the institution having custody of me to provide a certified copy of my trust account statement for activity covering the last six months to the court. Additionally, once eligibility is established, I further authorize the institution having custody of me to collect from my trust account and forward to the court payments in accordance with 28 U.S.C. § 1915(b)(2).

_____          #G-11092                01-10-2022
Signature of Prisoner            Prisoner's CDCR Number        Date

---

## CERTIFICATION FOR PRISONERS *NOT* IN CDCR CUSTODY

### CERTIFICATE OF FUNDS IN PRISONER'S ACCOUNT
(to be completed by authorized officer)

"ON FILE WITH U.S. COURT DISTRICT OF COLUMBIA

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing

the transactions of _____ for the last six months at
                              PRISONER'S NAME

_____, where (s)he is confined.
        NAME OF NON-CDCR INSTITUTION

_____          _____        _____
Signature of Authorized Officer      Officer's Name (printed)            Date